Case 1:25-cv-00099-TS    Document 30    Filed 07/29/25    PageID.404    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFERY HARRISON,<br><br>              Plaintiff,<br><br>v.<br><br>LOW BOOK SALES AND LEASING, et al.,<br><br>              Defendants. | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br><br>Case No. 1:25-cv-00099-TS-CMR<br><br>District Judge Ted Stewart |

This action was removed based upon federal question jurisdiction.[1] Plaintiff subsequently dismissed his federal claims and sought remand.[2] Defendants Low Book Sales & Leasing, Inc. and Flagship Credit Acceptance LLC do not oppose Plaintiff's Motion.[3] Defendant Prime Acceptance Corp. did not timely respond to the Motion. Based upon Plaintiff's Motion and Defendants' non-opposition thereto, it is hereby

ORDERED that Plaintiff's Motion to Remand (Docket No. 11) is GRANTED. The Clerk of the Court is directed to remand this matter to the Second Judicial District Court in and for Davis County, State of Utah.

---

[1] Docket No. 1.

[2] Docket Nos. 10, 11.

[3] Docket No. 28.

DATED this 29th day of July, 2025.

BY THE COURT:

Ted Stewart
United States District Judge